# O'CONNOR ♦ O'CONNOR ♦ BRESEE ♦ FIRST PC
## ATTORNEYS AND COUNSELLORS AT LAW

February 11, 2010

Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207


Re:   Gregory's Barbershop of Delmar, LLC
      Chapter 7 - Case No. 10-10324


Dear Judge Littlefield:

    I am enclosing two orders for the sale of Gregory's Barbershop of Delmar, LLC. The first Order is to be held pending a report back from Mr. William Schiller, Esq. If he consents to the sale I would request that the first order be signed. The second order addresses the objection raised by Mr. Schiller, Esq., on behalf of First Niagara Bank and authorizes the sale pursuant to 11 U.S.C. § 363(f)(4). If Mr. Schiller does not give consent to the sale I would request that the second order be signed.
    I have made arrangements for Mr. Schiller's client to inspect the assets at 11:00 a.m. this morning. If you should have any questions please do not hesitate to contact this office.

> Very truly yours,
>
> O'CONNOR, O'CONNOR,
> BRESEE & FIRST, P.C.
>
> By: /s/ *Michael J. O'Connor*
>       Michael J. O'Connor

MJO/acs